AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF FLORIDA

Affordable Aerial Photography, Inc.
Plaintiff(s)

v.

Prime Properties of South Florida Inc. and Stacey Berger
Defendant(s)

CASE NO: 17-cv-81151-ROSENBERG/Hopkins

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Prime Properties of South Florida Inc.
Serve: Registered Agent
Jacqueline B. Spiro
2004 Valencia Drive
Delray Beach, FL 33445

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Rothman
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350     Joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 16, 2017

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Affordable Aerial Photography, Inc. <br> *Plaintiff(s)* <br> v. <br> Prime Properties of South Florida Inc. and Stacey Berger <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> CASE NO: 17-cv-81151-ROSENBERG/Hopkins |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Stacey Berger
19294 Skyridge Circle
Boca Raton, FL 33498

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Rothman
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350          Joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 16, 2017

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts